UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-219** |
| v. | * | **SECTION: "L"** |
| **DAMIAN K. LABEAUD** | * | |
|   a/k/a Damian Kevin Lebeaud | | |
|   a/k/a Damien K. Lebeaud | * | |
| **LUCINDA THOMAS** | | |
| **MARY WADE** | * | |
| **JUDY WILLIAMS** | | |
|   a/k/a Judy Lagarde | * | |
| **DASHONTAE YOUNG** | | |
| | * * * | |

## FINDINGS AND ORDER

Considering the foregoing unopposed motion to continue the trial and pretrial conference filed by the United States of America and the reasons set forth therein, THE COURT SPECIFICALLY FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial, because granting this continuance affords both parties additional opportunities to resolve this matter short of trial.

THE COURT FURTHER SPECIFICALLY FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(i), that the failure to grant the requested continuance in this case could result in a miscarriage of justice by not allowing the defendants the opportunity to resolve this matter and could have adverse implications at sentencing for the defendants.

ACCORDINGLY, it is hereby ORDERED that the trial in this matter is continued from December 30, 2019, until the __30th__ day of ____March____, 2020 at _8:30_ A.M., and the pre-trial conference is continued from December 23, 2019, until the _23rd_ day of ____March____, 2020 at __1:30__ P.M. In accordance with the provisions of Title 18,

United States Code, Section 3161, this Court finds that the period of delay resulting from the granting of this continuance should be excluded under the provisions of the Speedy Trial Act.

New Orleans, Louisiana, this   17th   day of   December  , 2019.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE