MINUTE ENTRY
WILKINSON, M.J.
DECEMBER 18, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 19-219 |
| MARY WADE | SECTION L |

**CRIMINAL ARRAIGNMENT**

APPEARANCES: X  DEFENDANT
              X  COUNSEL FOR DEFENDANT  FPD: SAMUEL SCILLITANI
              X  ASSISTANT U.S. ATTORNEY  BRIAN KLEBBA
              __ INTERPRETER _____ SWORN
              (TIME: ____ .M to ____ .M)

X / READING OF THE SUPERSEDING INDICTMENT: READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **MARCH 23, 2020 AT 1:30 P.M.**

**BEFORE UNITED STATES DISTRICT JUDGE ELDON E. FALLON**

X / TRIAL: **MARCH 30, 2020 AT 8:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE ELDON E. FALLON**

MJSTAR: 00: 02