UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

DAMIAN K. LABEAUD, LUCINDA THOMAS, MARY
WADE, JUDY WILLIAMS, DASHONTAE YOUNG,
GENETTA ISREAL, MARIO SOLOMON and
LARRY WILLIAMS

CRIMINAL NO. 19-219

SECTION : L (2)

VIOLATION: 18:371, 18:1343, 18:2

NOTICE OF TRIAL – (from 12/30/19)

Pretrial Conference is set for Monday, March 23, 2020, at 1:30pm  (from 12/23/19)

Take Notice that this criminal case has been set for TRIAL on MONDAY, MARCH 30, 2020, AT 8:30AM,
before Judge Eldon E. Fallon, Courtroom C-468, 500 Poydras Street, New Orleans, LA 70130.

**Important: Counsel are hereby notified that any request for the imposition of a Non-Guideline
Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of
motions or letters requesting departures from the Sentencing Guidelines.**

Note: Photo I.D. is required to enter the building.
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for
evaluation and search 15 minutes prior to appearance.

Date:  December 20, 2019

TO:

DAMIAN K. LABEAUD  -  Bond
Steven Lemoine, Esq.
SteveLem@aol.com

LUCINDA THOMAS  -  Bond
Michael Riehlmann, Rsq.
mgriehlmann@hotmail.com

MARY WADE  -  Bond
Samuel Scillitani, Jr., Asst. FPD

JUDY WILLIAMS    BOND
Ralph Whalen, Esq.
ralphswhalen@ralphswhalen.com

DASHONTAE YOUNG  -  Bond
Anna Friedberg, Esq.
afriedberglaw@gmail.com

**If you change address,
notify clerk of court
by phone, 504-589-7686**

WILLIAM W. BLEVINS, CLERK

by: Dean Oser, Deputy Clerk

AUSA:  Brian Klebba, Edward J. Rivera, Shirin
Hakimzadeh, Maria Carboni

U.S. Department of Justice – Jared L. Hasten

U.S. Marshal

U.S. Probation Officer

U.S. Probation Office - Pretrial Services Unit

**JUDGE**

**MAGISTRATE**

COURT REPORTER COORDINATOR
INTERPRETER: NONE

Special Agent Robert Orvin
Federal Bureau of Investigation

GENETTA ISRAEL   -   Bond
James Washington, III, Esq.
jwashington@attorneyjameswashington.com

LARRY WILLIAMS   -   Bond
C. Gary Wainwright, Esq.
cgarywainwright@gmail.com

MARIO SOLOMON   -   Custody
Bruce Ashley, II, Esq.
bashleylawyer@aol.com