CR 19-219 L

Honorable Judge Eldon E

I Mary H. Wade am writing to respectfully request early probation release. I have been on probation for 2 yrs and 2 mths and have fulfilled all terms and conditions. During my time on probation I went back to school and got my diploma and became a certified Esthitition. In all of that I have remained humble and free of trouble.

I understand that early release is a privilige not a right. I assure you that I truly have learned from my mistakes and have and will commit to a positive path.

I would greatfully appreciate if you would consider my request. I am very confident that I can continue to make positive descisions in society without the need of supervision of probation. Thank You for Your time and consideration.

Mary H. Wade

Mary J. Wade
209 St. Malo Street
Houma, LA 70363

NEW ORLEANS LA 700
NEW ORLEANS LA 700
18 MAR 2025 PM 1 L
18 MAR 2025 PM 2 L

Senior Judge Eldon E. Fallon
500 Poydras Street
New Orleans, Louisiana 70130

70130-331999