UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 19-219 |
| v. | * | SECTION: "L" |
| MARY WADE | * | |
| | * * * | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S
### MOTION FOR EARLY TERMINATION OF PROBATION

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully submits this response in opposition to defendant Mary Wade's ("Wade") Motion for Early Termination of Probation.

On April 1, 2025, Wade filed a motion for early termination of her probation. Rec. Doc. 424. Wade was placed on probation on January 19, 2023, after her conviction for Conspiracy to Commit Wire Fraud in connection with her participation in a staged collision scheme. Rec. Doc. 346. On April 2, 2025, the undersigned Assistant U.S. Attorney contacted Wade's probation officer. U.S. Probation Officer John Roman ("Officer Roman") reported that Wade has been compliant while on probation and successfully satisfied her conditions of probation. Officer Roman has no objection to Wade's motion for early termination of her probation. The government does not object to Wade's request in light of the fact that she successfully completed more than two years of her three-year term of probation and because of Officer Roman's position.

Accordingly, the government has no objection to Wade's request for early termination of her probation.

                                                Respectfully submitted,

                                                MICHAEL M. SIMPSON
                                                ACTING UNITED STATES ATTORNEY

                                                */s/ Brian M. Klebba*
                                                BRIAN M. KLEBBA
                                                Assistant United States Attorney
                                                U.S. Attorney's Office (E.D. La.)
                                                650 Poydras Street, Suite 1600
                                                New Orleans, Louisiana 70130
                                                Telephone: (504) 680-3079
                                                E-Mail: brian.klebba@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on April 3, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                */s/ Brian M. Klebba*
                                                BRIAN M. KLEBBA
                                                Assistant United States Attorney