**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 19-219** |
| | * | |
| **MARY WADE** | * | **SECTION L(3)** |

**ORDER**

  Before the Court is Defendant Mary Wade's motion for early termination of probation. R. Doc. 424. The Government does not oppose. R. Doc. 426. Accordingly;

  **IT IS HEREBY ORDERED** that the Defendant's motion is **GRANTED** and her term of probation be terminated early.

  New Orleans, Louisiana, this 3rd day of April, 2025.

_____
United States District Judge